## CONFERENCE MEMORANDUM

Case No. **CR. C-12-317 (01)**

**United States of America   vs.   Pedro Santoyo-Venegas**

Date / Time: **January 22, 2013**

United States Courts
Southern District of Texas
FILED

JAN 22 2013

David J. Bradley, Clerk of Court

Reporter: Johnny Sanchez

Appearance:
Counsel:                                       Representing:

Kristen D. Langford                            Defense

Elsa Salinas                                   Government

### ORDER FOLLOWING CONFERENCE

Counsel shall submit a proposed order concerning further treatment and evaluation.

Time: 3

Date: 1/22/13

JOHN D. RAINEY
SENIOR UNITED STATES DISTRICT JUDGE